CATHERINE S. MEULEMANS #146276
JENNIFER S. MUSE #211779
ARMSTRONG TEASDALE LLP
Three Embarcadero Center, Suite 2310
San Francisco, CA 94111-4039
Telephone: (415) 433-1500
Facsimile: (415) 433-1508

Attorneys for Defendant
RAMADA WORLDWIDE, INC.

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SUE MCGINNIS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RAMADA WORLDWIDE, INC., a Delaware Corporation, and DOES 1 to 25<br><br>Defendants. | CV CASE NO.<br><br>**NOTICE OF REMOVAL OF STATE COURT ACTION** |

TO:     Clerk of Court
        United States District Court
        For the Northern District of California

AND TO: Ashwin Ladva
        Ladva Shoker & Associates
        530 Jackson Street
        San Francisco, CA 94133
        ATTORNEYS FOR PLAINTIFF

**BY FAX**

PLEASE TAKE NOTICE THAT Defendant Ramada Worldwide, Inc. ("RWI") hereby removes the above-captioned matter from the Superior Court of California, San Mateo County, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. In support of this removal, Defendant states as follows:

1. On or about November 26, 2007, plaintiff Sue McGinnis filed a personal injury complaint against RWI in the Superior Court of California, San Mateo County, Case Number CIV467991. 28 U.S.C. § 84(a).

2. The complaint was served on RWI on November 27, 2007. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

3. The Superior Court of California, San Mateo County is located within the Northern District of California. 28 U.S.C. § 84(a). Therefore, venue for the removal is proper because this is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

4. Pursuant to 28 U.S.C. § 1446(a), a copy of all process and pleadings served upon RWI has been attached hereto as Exhibit "A." Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for plaintiff and a copy is being filed with the Clerk of the Superior Court of California, San Mateo County.

5. Upon information and belief, plaintiff is a citizen of the State of California.

6. RWI is a Delaware corporation with its principal place of business in Parsippany, New Jersey.

7. Diversity of citizenship is therefore established pursuant to 28 U.S.C. § 1332(c)(1), as plaintiff and defendant are citizens of different states.

8. Although plaintiff has not specified the exact amount of damages she is seeking, plaintiff has claimed damages in excess of $25,000. Moreover, in her complaint plaintiff contends that she has suffered wage loss, loss of use of property, hospital and medical expenses, general damages, property damage, and loss of earning capacity. Accordingly, it can reasonably be anticipated, based on the claims asserted in plaintiff's complaint, that the sum total of all of the damages plaintiff will seek based on her alleged injuries will exceed $75,000.

WHEREFORE, defendant removes this action from the Superior Court of California, San Mateo County, to this Court, and seeks such other and further relief as the court deems just and equitable.

DATED: Dec. 26, 2007

ARMSTRONG TEASDALE LLP

By: _____
Jennifer S. Muse
Attorneys for Defendant RAMADA
WORLDWIDE, INC.

2
NOTICE OF REMOVAL

# EXHIBIT A

11/26/2007 23:33 FAX                                                              ☒010/010

| | SUM-100 |
|---|---|
| **SUMMONS** (*CITACION JUDICIAL*) | **FOR COURT USE ONLY** (*SOLO PARA USO DE LA CORTE*) |

**NOTICE TO DEFENDANT:**
(*AVISO AL DEMANDADO*):
Ramada Worldwide, Inc and DOES 1 to 25

**YOU ARE BEING SUED BY PLAINTIFF:**
(*LO ESTA DEMANDANDO EL DEMANDANTE*):
Sue McGinnis

**ENDORSED FILED
SAN MATEO COUNTY
NOV 26 2007
Clerk of the Superior Court
By R. Montgomery
DEPUTY CLERK**

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
(*El nombre y dirección de la corte es*):

**CASE NUMBER:** CIV 467991

Southern Branch
400 County Center                           Redwood City, CA 94063

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(*El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es*):
Ashwin Ladva                              Ladva, Shoker & Associates
530 Jackson Street                         San Francisco, CA 94133
(415) 296-8844

DATE: NOV 26 2007       JOHN C. FITTON Clerk, by    R. MONTGOMERY    , Deputy
(*Fecha*)                               (*Secretario*)                              (*Adjunto*)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(*Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)*).

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☒ on behalf of (specify): Ramada Worldwide, Inc.
   under: ☒ CCP 416.10 (corporation)           ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]
Martin Dean's Essential Forms™

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

Sue McGinnis - 11/26/2007 11:28:38 AM

11/25/2007. 23:32 FAX                                                                         @004/010

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Ashwin Ladva                                   206140<br>Ladva, Shoker & Associates<br>530 Jackson Street<br>San Francisco, CA 94133<br>TELEPHONE NO.: (415) 296-8844   FAX NO. *(Optional):* (415) 296-8844<br>E-MAIL ADDRESS *(Optional):* aladva@ladvashoker.com<br>ATTORNEY FOR *(Name):* Sue McGinnis | **ENDORSED FILED**<br>**SAN MATEO COUNTY**<br>NOV 2 6 2007<br>Clerk of the Superior Court<br>By  R. Montgomery<br>DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Mateo
STREET ADDRESS: 400 County Center
MAILING ADDRESS:
CITY AND ZIP CODE: Redwood City, CA 94063
BRANCH NAME: Southern Branch

PLAINTIFF: Sue McGinnis

DEFENDANT: Ramada Worldwide, Inc

[X] DOES 1 TO 25

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
  [ ] AMENDED *(Number):*

Type *(check all that apply):*
[ ] MOTOR VEHICLE   [X] OTHER *(specify):* Premises Liability
  [ ] Property Damage   [ ] Wrongful Death
  [X] Personal Injury   [ ] Other Damages *(specify):*

Jurisdiction *(check all that apply):*
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded  [ ] does not exceed $10,000
                    [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER:

**CIV 467991**

**BY FAX**

1. Plaintiff *(name or names):* Sue McGinnis

   alleges causes of action against defendant *(name or names):* Ramada Worldwide, Inc

2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

   b. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]                COMPLAINT—Personal Injury, Property       Code of Civil Procedure, § 425.12
                                                 Damage, Wrongful Death                    www.courtinfo.ca.gov
                                                                                           Sue McGinnis

11/25/2007 23:32 FAX @005/010

PLD-PI-001

| SHORT TITLE: McGinnis v. Ramada Worldwide, Inc. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name):
      Ramada Worldwide, Inc.
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☒ except defendant (name):
      DOE 1
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1 - 25 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1 - 25 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001 [Rev. January 1, 2007]     COMPLAINT—Personal Injury, Property Damage, Wrongful Death     Page 2 of 3

Sue McGinnis

11/25/2007 23:32 FAX                                                    ☒006/010

PLD-PI-001

| SHORT TITLE: McGinnis v. Ramada Worldwide, Inc. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
    a. ☐ Motor Vehicle
    b. ☐ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☐ Other (specify):

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☒ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☒ property damage
    f. ☒ loss of earning capacity
    g. ☐ other damage (specify):

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: November 26, 2007

Ashwin Ladva
(TYPE OR PRINT NAME)                            ► (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]           COMPLAINT-Personal Injury, Property            Page 3 of 3
                                                Damage, Wrongful Death
                                                                                    Sue McGinnis
                                                                                    11033048 M - 11/26/2007 11:38:38 AM

11/25/2007 23:33 FAX @008/010

PLD-PI-001(4)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| McGinnis v. Ramada Worldwide, Inc. | |

____1____  **CAUSE OF ACTION- Premises Liability**    Page __4__
(number)

ATTACHMENT TO [X] Complaint   [ ] Cross-Complaint

(Use a separate cause of action form for each cause of action.)

Prem.L-1. Plaintiff (name): Sue McGinnis
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On (date): 11/25/2005         plaintiff was injured on the following premises in the following

fashion (description of premises and circumstances of injury):
Plaintiff was walking to the Continental Breakfast area located in the Hotel, which is located at 500 El Camino Real, San Bruno, CA. Plaintiff slipped on a wet area near the breakfast area. The floor was wet due to rain. There was no sign, no rug, no mat and no warning signs. Plaintiff fell as a result and seriously injured herself.

Prem.L-2.  [X] Count One-Negligence The defendants who negligently owned, maintained, managed and operated the described premises were (names):
Ramada Worldwide, Inc.

[X] Does __1__ to __25__

Prem.L-3.  [ ] Count Two-Willful Failure to Warn [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were (names):

[ ] Does _____ to _____
Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4.  [ ] Count Three-Dangerous Condition of Public Property The defendants who owned public property on which a dangerous condition existed were (names):

[ ] Does _____ to _____
a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [ ] Allegations about Other Defendants The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were (names):

[ ] Does _____ to _____
b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
   [ ] described in attachment Prem.L-5.b  [ ] as follows (names):

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]       **CAUSE OF ACTION - Premises Liability**       Code of Procedure § 425.12
                                                                                                www.courtinfo.ca.gov

Sue McGinnis

11/25/2007 23:31 FAX                                                                                    ☒002/010

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Ashwin Ladva                    206140<br>Ladva, Shoker & Associates<br>530 Jackson Street<br>San Francisco, CA 94133<br>TELEPHONE NO.: (415) 296-8844   FAX NO.: (415) 296-8844<br>ATTORNEY FOR (Name): Sue McGinnis | **RECEIVED**<br>NOV 26 2007<br>SUPERIOR COURT<br>CIVIL DIVISION |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Mateo<br>STREET ADDRESS: 400 County Center<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Redwood City, CA 94063     **BY FAX**<br>BRANCH NAME: Southern Branch | |
| CASE NAME: McGinnis v. Ramada Worldwide, Inc. | |

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☒ Unlimited   ☐ Limited<br>(Amount        (Amount<br>demanded     demanded is<br>exceeds $25,000) $25,000 or less) | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | **CIV467991**<br>JUDGE:<br>DEPT.: |

Items 1-6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | (Cal. Rules of Court, rules 3.400-3.403) |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Antitrust/Trade regulation (03) |
| Other PI/PD/WD (Personal Injury/Property | ☐ Other collections (09) | ☐ Construction defect (10) |
| Damage/Wrongful Death) Tort | ☐ Insurance coverage (18) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Other contract (37) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | Real Property | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | ☐ Eminent domain/Inverse | ☐ Insurance coverage claims arising from the |
| ☒ Other PI/PD/WD (23) Premises Liability | condemnation (14) | above listed provisionally complex case types (41) |
| Non-PI/PD/WD (Other) Tort | ☐ Wrongful eviction (33) | |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | Enforcement of Judgment |
| ☐ Civil rights (08) | Unlawful Detainer | ☐ Enforcement of judgment (20) |
| ☐ Defamation (13) | ☐ Commercial (31) | Miscellaneous Civil Complaint |
| ☐ Fraud (16) | ☐ Residential (32) | ☐ RICO (27) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | ☐ Other complaint (not specified above) (42) |
| ☐ Professional negligence (25) | Judicial Review | Miscellaneous Civil Petition |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Partnership and corporate governance (21) |
| Employment | ☐ Petition re: arbitration award (11) | ☐ Other petition (not specified above) (43) |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☐ is  ☒ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties       d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel  e. ☐ Coordination with related actions pending in one or more courts
       issues that will be time-consuming to resolve              in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence          f. ☐ Substantial postjudgment judicial supervision
3. Remedies sought (check all that apply): a. ☒ monetary b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action (specify): 1
5. This case ☐ is  ☒ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: November 26, 2007

Ashwin Ladva
(TYPE OR PRINT NAME)                                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]                    CIVIL CASE COVER SHEET               Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
                                                                                    Cal. Standards of Judicial Administration, std. 3.10
                                                                                    www.courtinfo.ca.gov

Sue McGinnis - 11/26/2007 11:36:28 AM

# NOTICE OF CASE MANAGEMENT CONFERENCE

McGinnis

vs.

Ramada

**ENDORSED FILED**
**SAN MATEO COUNTY**
NOV 2 6 2007
Clerk of the Superior Court
By: R. Montgomery
DEPUTY CLERK

Case No. __CIV 467991__

Date: __APR 15 2008__

Time: 9:00 a.m.

Dept. 3 – on Tuesday & Thursday
Dept. 28 – on Wednesday & Friday

You are hereby given notice of your Case Management Conference. The date, time and department have been written above.

1. In accordance with applicable California Rules of Court and Local Rules 2.3(d)1-4 and 2.3(m), you are hereby ordered to:
    a. Serve all named defendants and file proofs of service on those defendants with the court within 60 days of filing the complaint (CRC 201.7).
    b. Serve a copy of this notice, Case Management Statement and ADR Information Sheet on all named parties in this action.
    c. File and serve a completed Case Management Statement at least 15 days before the Case Management Conference [CRC 212(g)]. Failure to do so may result in monetary sanctions.
    d. Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 212(f) no later than 30 days before the date set for the Case Management Conference.

2. If you fail to follow the orders above, you are ordered to show cause why you should not be sanctioned. The Order To Show Cause hearing will be at the same time as the Case Management Conference hearing. Sanctions may include monetary, evidentiary or issue sanctions as well as striking pleadings and/or dismissal.

3. Continuances of case management conferences are highly disfavored unless good cause is shown.
4. Parties may proceed to an appropriate dispute resolution process ("ADR") by filing a Stipulation To ADR and Proposed Order (see attached form.). If plaintiff files a Stipulation To ADR and Proposed Order electing to proceed to judicial arbitration, the Case Management Conference will be taken off the court calendar and the case will be referred to the Arbitration Administrator. If plaintiffs and defendants file a completed stipulation to another ADR process (e.g., mediation) 10 days prior to the first scheduled case management conference, the case management conference will be continued for 90 days to allow parties time to complete their ADR session. The court will notify parties of their new case management conference date.
5. If you have filed a default or a judgment has been entered, your case is not automatically taken off the Case Management Conference Calendar. If "Does", "Roes", etc. are named in your complaint, they must be dismissed in order to close the case. If any party is in bankruptcy, the case is stayed only as to that named party.
6. You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.
7. The Case Management judge will issue orders at the conclusion of the conference that may include:
    a. Referring parties to voluntary ADR and setting an ADR completion date;
    b. Dismissing or severing claims or parties;
    c. Setting a trial date.
8. The Case Management judge may be the trial judge in this case.

For further information regarding case management policies and procedures, see the court website at www.sanmateocourt.org.

* Telephonic appearances at case management conferences are available by contacting Co...

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, I am over the age of eighteen years and not a party to the within entitled action; my business address is Three Embarcadero Center, Suite 2310, San Francisco, California, 94111.

On December 26, 2007, I served a copy of the following document(s) described as

1. **CIVIL COVER SHEET; and**
2. **NOTICE OF REMOVAL OF STATE COURT ACTION**

on the interested party in this action as follows:

Ashwin Ladva
Ladva Shoker & Associates
530 Jackson Street
San Francisco, CA 94133
Attorneys for Plaintiff

By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices, I am "readily familiar" with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in San Francisco, California, in a sealed envelope with postage fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 26, 2007, at San Francisco, California.

Ann Liu

Proof of Service

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, I am over the age of eighteen years and not a party to the within entitled action; my business address is Three Embarcadero Center, Suite 2310, San Francisco, California, 94111.

On December 26, 2007, I filed a copy of the following document(s) via OneLegal, Inc.'s Online Court Services described as

1. **CIVIL COVER SHEET; and**
2. **NOTICE OF REMOVAL OF STATE COURT ACTION**

with the Courts listed below:

Clerk of the Court
United States District Court, Northern District
San Francisco Division
450 Golden Gate Ave.,16th Floor
San Francisco, CA  94102

Office of the Clerk
Superior Court, County of San Mateo
Southern Branch: Hall of Justice and Records
400 County Center
Redwood City, California, 94063

**BY E-MAIL OR ELECTRONIC TRANSMISSION**: I caused the documents to be sent to the Courts identified above by transmitting electronic copies of the documents to One Legal, Inc.'s Online Court Services. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 26, 2007, at San Francisco, California.

Ann Liu