UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUE MCGINNIS

    Plaintiff(s),

v.

RAMADA WORLDWIDE INC.,

    Defendant(s).

No. C 07-06471 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: January 11, 2008

Signature: /s/

Counsel for Defendant RAMADA
(Plaintiff, Defendant, or indicate "pro se")

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, I am over the age of eighteen years and not a party to the within entitled action; my business address is Three Embarcadero Center, Suite 2310, San Francisco, California, 94111.

On January 15, 2008, I served a copy of the following document described as

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested party in this action as follows:

Ashwin Ladva
Ladva, Shoker & Associates
530 Jackson Street
San Francisco, CA 94113
Tel: 415-296-9844
Fax: 415-296-8844

By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices, I am "readily familiar" with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in San Francisco, California, in a sealed envelope with postage fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 15, 2008, at San Francisco, California.

*[signature]*
Caroline Stonehouse

Proof of Service