| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| CATHERINE S. MEULEMANS (SBN #146276)<br>ARMSTRONG TEASDALE, LLP<br>Three Embarcadero Center, Suite 2310<br>San Francisco, CA 94111 | 415-732-2439 | |
| ATTORNEY FOR (Name): Defendant, Ramada Worldwide, Inc. | | |

Insert name of court and name of judicial district and branch court, if any:

USDC, NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: SUE MCGINNIS

DEFENDANT/RESPONDENT: RAMADA WORLDWIDE, INC.

| REQUEST FOR DISMISSAL | CASE NUMBER: |
|---|---|
| ☐ Personal Injury, Property Damage, or Wrongful Death<br>☐ Motor Vehicle  ☐ Other<br>☐ Family Law<br>☐ Eminent Domain<br>☒ Other (specify): Premises Liability | 3:07-CV-6471 |

— A conformed copy will not be returned by the clerk unless a method of return is provided with the document. —

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) ☒ With prejudice     (2) ☐ Without prejudice

   b. (1) ☒ Complaint          (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name): ___ on (date):
      (4) ☐ Cross-complaint filed by (name): ___ on (date):
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☒ Other (specify):*
      * as to defendant Ramada Worldwide, Inc. ONLY.

Date: March 18, 2008

Catherine S. Meulemans                          ▶ /s/ (SIGNATURE)
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)     Attorney or party without attorney for:
* If dismissal requested is of specified parties only, of specified causes of
action only, or of specified cross-complaints only, so state and identify
the parties, causes of action, or cross-complaints to be dismissed.
                                                 ☐ Plaintiff/Petitioner   ☒ Defendant/Respondent
                                                 ☐ Cross-complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
Date: 3-26, 2008

Jason Lundberg                                   ▶ /s/ (SIGNATURE)
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)     Attorney or party without attorney for:
** If a cross-complaint—or Response (Family Law) seeking affirmative
relief—is on file, the attorney for cross-complainant (respondent) must
sign this consent if required by Code of Civil Procedure section 581(i)
or (j).                                          ☒ Plaintiff/Petitioner   ☐ Defendant/Respondent
                                                 ☐ Cross-complainant

(To be completed by clerk)
3. ☐ Dismissal entered as requested on (date): ___ as to only (name):
4. ☐ Dismissal entered on (date):
5. ☐ Dismissal not entered as requested for the following reasons (specify):

6. ☐ a. Attorney or party without attorney notified on (date):
     b. Attorney or party without attorney not notified. Filing party failed to provide
        ☐ a copy to conform     ☐ means to return conformed copy

Date: ___                                                   Clerk, by ___, Deputy

Form Adopted by the                REQUEST FOR DISMISSAL          Code of Civil Procedure, § 581 et seq.
Judicial Council of California                                     Cal. Rules of Court, rules 383, 1233
982(a)(5) [Rev. January 1, 1997]