| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| CATHERINE S. MEULEMANS (SBN #146276)<br>ARMSTRONG TEASDALE, LLP<br>Three Embarcadero Center, Suite 2310<br>San Francisco, CA 94111<br>ATTORNEY FOR (Name): Defendant, Ramada Worldwide, Inc. | 415-732-2439 | |

Insert name of court and name of judicial district and branch court, if any:

**USDC, NORTHERN DISTRICT OF CALIFORNIA**

PLAINTIFF/PETITIONER: SUE MCGINNIS

DEFENDANT/RESPONDENT: RAMADA WORLDWIDE, INC.

| REQUEST FOR DISMISSAL | CASE NUMBER: |
|---|---|
| ☐ Personal Injury, Property Damage, or Wrongful Death<br>☐ Motor Vehicle  ☐ Other<br>☐ Family Law<br>☐ Eminent Domain<br>☒ Other (specify): Premises Liability | 3:07-CV-6471 |

— A conformed copy will not be returned by the clerk unless a method of return is provided with the document. —

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) ☒ With prejudice    (2) ☐ Without prejudice

   b. (1) ☒ Complaint           (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name):                on (date):
      (4) ☐ Cross-complaint filed by (name):                on (date):
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☒ Other (specify):*
         * as to defendant Ramada Worldwide, Inc. ONLY.

Date: March 18, 2008

Catherine S. Meulemans

(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

▶ _(Signature)_
Attorney or party without attorney for:
☐ Plaintiff/Petitioner   ☒ Defendant/Respondent
☐ Cross-complainant

* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

2. TO THE CLERK: Consent to the above dismissal is hereby given.**

Date: 3·26, 2008

Jason Lundberg

(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

▶ _(Signature)_
Attorney or party without attorney for:
☒ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross-complainant

** If a cross-complaint—or Response (Family Law) seeking affirmative relief—is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

(To be completed by clerk)
3. ☒ Dismissal entered as requested on (date): 4/10/08
4. ☐ Dismissal entered on (date):                    as to only (name):
5. ☐ Dismissal not entered as requested for the following reasons (specify):
6. ☐ a. Attorney or party without attorney notified on (date):
      b. Attorney or party without attorney not notified. Filing party failed to provide
         ☐ a copy to conform   ☐ means to return conformed copy

Date:                                          Clerk, by _____ Deputy

**IT IS SO ORDERED**
_(signed)_
Judge Claudia Wilken

Form Adopted by the Judicial Council of California
982(a)(5) [Rev. January 1, 1997]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rules 388, 1233